373 A.2d 1115

Commonwealth, Appellant, v. Barton.

576

Submitted March 1, 1976. Joel O. Sechrist, Assistant District Attorney, and Donald L. Reihart, District Attorney, for Commonwealth, appellant; Peter J. Mangan, and Griest, Mangan & Himes, for appellee.

Order affirmed.